

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00132-CR

**KRISTINA MARIE GAMMILL,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 36768CR

## MEMORANDUM OPINION

Kristina Marie Gammill was convicted of possession of marijuana and sentenced to 730 days in state jail. TEX. HEALTH & SAFETY CODE ANN. § 481.121 (West 2010). We have been copied with a notice to the trial court, with an attached affidavit signed by Gammill, that Gammill wishes to withdraw her notice of appeal. Although normally a motion to dismiss an appeal signed by counsel for the appellant and the appellant personally is filed with the appellate court, we find that this notice to the trial court

with the attached affidavit of Gammill substantially complies with the appellate rule

regarding dismissal of an appeal. *See* TEX. R. APP. P. 42.2(a).

Accordingly, this appeal is dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 15, 2013
Do not publish
[CR25]